AUSA: Zelinsky / 4928

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means    ☐ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
для the
District of Maryland

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED
3:36 pm, May 30 2023
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )    Case No.   1:23-mj-01008-JMC
Information associated with the Google Account )
RCoop2023@gmail.com, )
Stored at Premises Controlled by Google LLC )

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____California_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before _____April 5, 2023_____   *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Duty Magistrate Judge_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   March 22, 2023 5:00 p.m.   _____[signature]_____
                                                                       *Judge's signature*

City and state:   Baltimore, Maryland        Honorable J. Mark Coulson, U.S. Magistrate Judge
                                                                       *Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.: 1:23-mj-01008-JMC | Date and time warrant executed: 3/23/2023 12:50 pm | Copy of warrant and inventory left with: NA - warrant served electronically |

Inventory made in the presence of:
NA - warrant served electronically via Google's law enforcement portal

Inventory of the property taken and name(s) of any person(s) seized:

Information associated with google account Rcoop2023@gmail.com, including billing information, activity logs, subscriber information, account history, linked accounts, calendar information, blogger data, google chat data, google play store data, location history, youtube data, device configuration data, mail message data, transaction history, google photo data, google voice data

### Certification

I declare under penalty of perjury that this inventory is correct and was returned electronically along with the warrant to the designated judge pursuant to Fed. R. Crim. P. 4.1 and 41(f)(1)(D).

Date: 5/30/2023

*Executing officer's signature*

Laura J. Steinbach, FBI Special Agent
*Printed name and title*